IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rochon, Sadie Pearl | Case Number:  05 B 38702 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/9/08 | Filed:  9/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 7, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,145.35 | |
| Secured: | | 4,557.46 |
| Unsecured: | | 17,031.84 |
| Priority: | | 4,848.91 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,694.89 |
| Other Funds: | | 1,312.25 |
| Totals: | 32,145.35 | 32,145.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 4. | Capital One | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 4,557.46 | 4,557.46 |
| 6. | Internal Revenue Service | Priority | 4,848.91 | 4,848.91 |
| 7. | ECast Settlement Corp | Unsecured | 1,936.16 | 1,936.16 |
| 8. | ECast Settlement Corp | Unsecured | 2,846.28 | 2,846.28 |
| 9. | Capital One | Unsecured | 429.06 | 429.06 |
| 10. | ECast Settlement Corp | Unsecured | 4,967.02 | 4,967.02 |
| 11. | Resurgent Capital Services | Unsecured | 5,626.47 | 5,626.47 |
| 12. | Internal Revenue Service | Unsecured | 80.54 | 80.54 |
| 13. | Charming Shoppes-Fashion Bug | Unsecured | 1,146.31 | 1,146.31 |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 16. | Household | Unsecured | | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,138.21 | $ 29,138.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 523.87 |
| 5% | 95.25 |
| 4.8% | 151.98 |
| 5.4% | 645.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Rochon, Sadie Pearl | Case Number:  05 B 38702 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/9/08 | Filed:  9/20/05 |

```
                    6.5%                    277.89
                                          _____
                                          $ 1,694.89
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____